# UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                     Case No. 3:09cr32/RV

**JADE ISAAC INGALLS,**
  a/k/a "Jade Issac Ingalls,"
  a/k/a "Jade Isacc Ingalls"

_____

## FINAL ORDER OF FORFEITURE AS
## TO ALL PERSONS AND ENTITIES

BEFORE ME is the United States' Motion and Memorandum For Issuance of a Final Order of Forfeiture as to All Persons and Entities. (Doc. 38).

**IT IS ORDERED**:

1. That the right, title and interest to the $2,031.53 in U.S. currency located in Washington Mutual Bank which was acquired by JPMorgan Chase Bank, N.A. bank account number ending in 864-5 held in the name of K.M.B; the subject Taurus 9mm pistol; the 9mm Winchester ammunition; and all of the property described in Doc. 31-2, is hereby condemned, forfeited and vested in the United States of America.

2. That no person or entity has established that they have any legal right, title or interest in the real property forfeited to the United States of America by

Order of this Court (Doc. 32) entered on July 28, 2009, and that forfeiture is now final.

3. That the United States Marshal's Service shall dispose of the forfeited real property in accordance with the law.

**ORDERED** on this 5th day of November, 2009.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE